IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:11-CV-00322-MOC-DSC

| | | |
|---|---|---|
| IRWIN INDUSTRIAL TOOL COMPANY, | ) ) ) | **ORDER** |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| KLEIN TOOLS, INC., | ) ) | |
| Defendant. | ) ) | |

**THIS MATTER** is before the Court on the "Application[s] for Admission ro Practice Pro Hac Vice [for Bradley J. Hulbert, Christopher M. Cavan, and Jori R. Fuller]" (documents ##10-12) filed November 17, 2011. For the reasons set forth therein, the Motions will be granted.

**SO ORDERED**.

Signed: November 18, 2011

David S. Cayer
United States Magistrate Judge