UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:11-CV-00322-MOC-DSC

IRWIN INDUSTRIAL TOOL COMPANY, )
)
Plaintiff, )
)
v. ) **ORDER GRANTING DISMISSAL**
)
KLEIN TOOLS, INC. )
)
Defendants. )

THIS CAUSE coming before the Court on the Joint Stipulation of Dismissal of the parties to dismiss the above-captioned action pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure all claims and all counterclaims in this action be dismissed with prejudice and that each party shall bear its own costs; and

**IT IS SO ORDERED** that the Joint Stipulation of Dismissal of the parties to dismiss the above-captioned action pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure of all claims and all counterclaims in this action be dismissed with prejudice and that each party shall bear its own .

DATED: March 13, 2012

THE HONORABLE MAX O. COGBURN, JR.
UNITED STATES DISTRICT COURT JUDGE